1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   JAMES RIVER INSURANCE COMPANY,   )     Case No. 2:11-cv-01879-APG-PAL
    )
8                 Plaintiffs,  )        **ORDER**
    )
9   vs.            )    (Mtn to Preclude - Dkt. #83)
    )    (Mtn for Sanctions - Dkt. #84)
10  ACE CAB, INC., et al.,       )    (Mtn for SJ - Dkt. ## 92, 94, 95)
    )
11                Defendants.  )
    )
12  _____ )

13      This matter is before the court on a facsimile received from Michael J. Nunez, counsel for

14  Plaintiff James River Insurance Company, on July 25, 2013.  The fax informs the court that the parties

15  resolved all claims pending in this case at a mediation on July 24, 2013.  It represents that "all closing

16  documents" will be processed within the next fourteen days, and was copied to all counsel of record.

17      Accordingly,

18      **IT IS ORDERED:**

19      1.      The Motion to Preclude (Dkt. #83), the Motion for Discovery Sanctions (Dkt. #84), and

20              the Motions for Summary Judgment (Dkt. ##92, 94, 95) are  DEEMED WITHDRAWN.

21      2.      The parties shall have until **August 9, 2013,** in which to file a stipulation for dismissal or

22              a joint status report outlining when the stipulation will be filed.

23      Dated this 29th day of July, 2013.

24
25
26      _____
    PEGGY A. LEEN
27      UNITED STATES MAGISTRATE JUDGE

28